IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

YVONNE MICHAUD,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

Case No.  5D22-2397
LT Case No. 2020-CF-000557-A

Decision filed June 13, 2023

Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

Michael Beck, Lake Mary, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah Chance,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


    AFFIRMED.


LAMBERT, C.J., MAKAR and PRATT, JJ., concur.